IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-289-PSF-OES

HAROLD HOOVERSON,

    Plaintiff,

v.

SECURITAS SECURITY SERVICES USA, INC., a Delaware Corporation;
AMY HOBBS; and DENNIS BRICHACEK,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice (Dkt. # 37) of this action under Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Court, being fully advised in the premises, does hereby

ACCEPT the parties' stipulation and ORDER the DISMISSAL of this case with prejudice, each party to bear its own fees and costs.

DATED:  October 6, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge